## STATE EX REL TURNER V. COMMISSIONERS' COURT OF SHELBY CO.

### Mandamus.

(Decided Feb. 16, 1906.   42 South. 126.,

APPEAL from Shelby Circuit Court.
Heard before Hon. JOHN PELHAM.
THOMAS L. BULGER, for appellant.
CECIL BROWNE, BROWNE & LEEPER, and WHITSON & DRYER, for appellee.
Affirmed.
Opinion by ANDERSON, J.
McCLELLAN, C. J., HARALSON, SIMPSON and DENSON, JJ., concur.
TYSON and DOWDELL, JJ., dissent.

---

## HENRY V. WERT.

### Contest of Will.

(Decided Dec. 30, 1906.   42 South. 405.)

APPEAL from Morgan Probate Court.
Heard before Hon. WILLIAM E. SKEGGS.
JOHN C. EYSTER, W. T. LOWE, and GEORGE H. PARKER, for appellant.
R. W. WALKER, T. C. McCLELLAN, and E. W. GODBY, for appelle.
Reversed and remanded.
Opinion by DOWDELL, J.
All the Justices concur.